# United States Bankruptcy Court
# District of South Carolina

IN RE:

Carl T Jennings
Eula Mae Jennings
1525 Chamberlains Ferry Road
Mc Cormick, SC  29835

CASE NO.: 18-06362-hb
CHAPTER 13

DEBTORS

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0717143 in the amount of $1,050.00 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Reason for Return | Amount |
| --- | --- | --- |
| Carl T Jennings and Eula Mae Jennings | Unable to Locate | $ 1,050.00 |

Date: 12/27/2019

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee
20 Roper Corners Cir Ste C
Greenville, SC  29615-4833
864-242-0314
864-242-3679 Facsimile

## FOR BANKRUPTCY COURT USE ONLY

| Date | Reference | Received | Disbursed | Balance |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |